# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ARTIE CLIMONS | No. C 11-06654 MEJ |
| Plaintiff(s), | **ADMINISTRATIVE CLOSURE** |
| v. | |
| HOMETOWN BUFFET INC | |
| Defendant(s). | |

On January 20, 2012, defendant filed a Notice of Bankruptcy. As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: April 5, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge